DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SYLVESTER JOHNSON

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D24-254
_____

April 12, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Keith Meyer, Judge.

PER CURIAM.

Affirmed.

CASANUEVA, ATKINSON, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.